

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2023

No. 04-23-00024-CR

**IN RE** Steven **ROBLES**

Original Proceeding[1]

**ORDER**

On January 12, 2023, relator filed a petition for writ of mandamus.[2] After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). Relator's motion for injunctive relief is **DENIED** as moot.

It is so **ORDERED** on February 1, 2023.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 304370, styled *State of Texas v. Steven Robles*, pending in the County Court at Law No. 7, Bexar County, Texas, the Honorable Eugenia "Genie" Wright presiding.

[2] Relator's filing is titled "Interlocutory Injunction for Abuse of Discretion" which we construe as a petition for writ of mandamus.